## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bohannon, Lula | Case Number:  05 B 04389 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  2/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  June 24, 2008

Confirmed:  April 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,099.00 | |
| Secured: | | 16,019.41 |
| Unsecured: | | 0.00 |
| Priority: | | 3,972.70 |
| Administrative: | | 2,354.00 |
| Trustee Fee: | | 1,198.89 |
| Other Funds: | | 554.00 |
| Totals: | 24,099.00 | 24,099.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Drive Financial Services | Secured | 16,019.41 | 16,019.41 |
| 3. | Internal Revenue Service | Priority | 4,527.64 | 3,972.70 |
| 4. | America's Financial Choice Inc | Unsecured | 422.70 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 441.23 | 0.00 |
| 6. | Illinois Internet | Unsecured | 327.59 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 788.61 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 718.56 | 0.00 |
| 9. | T Mobile USA | Unsecured | 1,988.42 | 0.00 |
| 10. | SBC | Unsecured | 5,744.60 | 0.00 |
| 11. | United Collection Bureau Inc | Unsecured | 256.62 | 0.00 |
| 12. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 13. | Chicago Central | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | Mercy Hospital | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 33,589.38 | $ 22,346.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 66.48 |
| 3% | 58.16 |
| 5.5% | 289.48 |
| 5% | 96.95 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bohannon, Lula

Printed:  9/3/08

Case Number:  05 B 04389

Judge:  Goldgar, A. Benjamin

Filed:  2/10/05

| | |
|---|---|
| 4.8% | 172.84 |
| 5.4% | 388.94 |
| 6.5% | 126.04 |
| | _____ |
| | $ 1,198.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: